UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CASTRO | CIVIL ACTION |
| VERSUS | NO: 12-2049 |
| TANNER | SECTION: "J" (4) |

### ORDER

The Court, having considered the record, the applicable law, the *Report and Recommendation of the United States Magistrate Judge* **(Rec. Doc. 49),** and Plaintiff's failure to file any objections thereto, hereby approves the *Report and Recommendation of the United States Magistrate Judge* and adopts it as its opinion herein.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendants Robert Tanner and Attorney General James D. Caldwell should be and hereby are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana this 27th day of June, 2014.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE